UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RICARDO WALKER, *on behalf of himself and all others similarly situated,*

        Plaintiff,

-against-

RHC OPERATING LLC,

        Defendant.

Case No.: 17-CV-01677

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, RHC OPERATING LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Joseph J. Lynett, Esq.
Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains, NY 10601
Telephone: (914) 872-6888
Joseph.Lynett@jacksonlewis.com

Date: 1/9/18

SO ORDERED

  s/Roslynn R. Mauskopf

U.S.D.J.

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 1/9/18